| | |
|---|---|
| Jose Santos AMAYA DIAZ<br>    Plaintiff<br><br>v.<br><br>PHO EATERY, INC. et al.<br>    Defendants et al. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br><br>CIVIL DOCKET<br><br>8:17-CV-02968 |

## JOINT MOTION TO APPROVE SETTLEMENT

The parties, through counsel undersigned, jointly request that this Honorable Court approve a settlement of this matter. The parties reached a settlement of this matter and placed its terms in mediation before the Honorable Charles Day on April 5, 2019. A Memorandum and Proposed Order are attached.

Respectfully submitted,

/s/                                                                /s/

_____          _____
T. Bruce Godfrey #24596                   Mark Wemple
2730 University Blvd West #604          1 Research Court #140
Wheaton, MD 20902                          Rockville, MD 20850
240-292-7200/240-292-7225              240-360-2800/877-804-9980
Attorney for Plaintiff                          Attorney for Defendants

## CERTIFICATION OF SERVICE

I hereby certify that a copy of this Motion has been delivered electronically to counsel for all other parties through compliant filing through ECF on 13 May 2019 consistently with the Local Rules of this Court.

/s/

_____
T. Bruce Godfrey