```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| JOSE SANTOS AMAYA DIAZ | : |
| v. | : Civil Action No. DKC 17-2968 |
| PHO EATERY, INC., et al. | : |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 21st day of May, 2019, by the United States District Court for the District of Maryland, ORDERED that:

1. The parties' joint motion to approve settlement (the "Agreement") (ECF No. 37) BE, and the same hereby IS, GRANTED;

2. The Agreement (ECF No. 37-1) BE, and the same hereby IS, APPROVED, as a reasonable and fair compromise of Plaintiff's FLSA claims;

3. The motion for appropriate relief (ECF No. 26) filed by Plaintiff Jose Santos Amaya Diaz BE, and the same hereby IS, DENIED as moot;

4. Defendants Tim Do and Pho Eatery, Inc. shall pay the remaining sum of $9,000.00 in three monthly installments of $2,000.00, $2,000.00, and $5,000.00 payable to Jose Santos Amaya Diaz on June 1, July 1, and August 1, 2019, respectively;

5. Defendants Tim Do and Pho Eatery, Inc. shall pay a fifth and final payment in the sum of $1,356.53 for court costs to Jezic & Moyse, LLC on September 1, 2019;

6. Upon payment of the final installment, counsel for all parties shall file a joint stipulation of dismissal with prejudice; and

7. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and administratively close this case.

                                                          /s/
                                    DEBORAH K. CHASANOW
                                    United States District Judge