| | |
|---|---|
| Jose Santos AMAYA DIAZ<br>    Plaintiff<br>v.<br>PHO EATERY, INC. et al.<br>    Defendants et al. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>CIVIL DOCKET<br>8:17-CV-02968 |

## MOTION TO ENFORCE SETTLEMENT
## REQUEST FOR HEARING

Plaintiff, through counsel undersigned, requests that this Honorable Court enforce this Court's Order entered on May 21, 2019 at ECF 40, by an entry of a judgment in the amount of $5,000.00 against Tim Do and Pho Eatery, Inc, jointly and severally, in favor of Plaintiff Jose Santos Amaya Diaz.

Additionally, Plaintiff and counsel request an additional judgment for legal fees and costs of $1,506.53, representing the original agreed costs of $1356.53 plus $150.00 in legal fees for the preparation of this Motion and related Memorandum and Order.

A Memorandum summarizing the history of this now failed settlement is attached, along with a draft Order.

Plaintiff respectfully requests a HEARING on this matter, either in court or telephonically.

Respectfully submitted,

/s/

T. Bruce Godfrey #24596
2730 University Blvd West #604
Wheaton, MD 20902
240-292-7200/240-292-7225
Attorney for Plaintiff

## **CERTIFICATION OF SERVICE**

      I hereby certify that a copy of this Motion has been delivered electronically to counsel for all other parties through compliant filing through ECF on August 7, 2019 consistently with the Local Rules of this Court.

                                               /s/

                                    _____
                                    T. Bruce Godfrey