IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSE SANTOS AMAYA DIAZ                       :

                                                        :

    v.                                       :   Civil Action No. DKC 17-02968

                                                        :

PHO EATERY, INC. et al.                      :

                                                        :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 11th day of October, 2019, by the United States District Court for the District of Maryland, ORDERED that:

1.    The motion to enforce settlement filed by Plaintiff Jose Amaya Diaz (ECF No. 41) BE, and the same hereby IS, GRANTED in part;

2.    JUDGMENT BE, and the same hereby IS, ENTERED in favor of Plaintiff and against Tim Do and Pho Eatery, Inc., jointly and severally, as follows:

        a. For $5,000 in favor of Jose Santos Amaya Diaz; and

        b. For $1,356.53 in favor of Jezic & Moyse, LLC.

3.    The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                             /s/
                                           DEBORAH K. CHASANOW
                                           United States District Judge